**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nicholas Malta** | Social Security number or ITIN   xxx–xx–1858 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–13345–MEH | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicholas Malta

<u>1/7/25</u>

**By the court:** <u>Mark Edward Hall</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 20-13345-MEH
Nicholas Malta                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                Page 1 of 4
Date Rcvd: Jan 07, 2025                       Form ID: 3180W                             Total Noticed: 69

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Malta, 42 Dover Court, Tinton Falls, NJ 07712-7765 |
| r | + | Pittenger Realty, 2240 Route 33, Suite 111, Neptune, NJ 07753-6121 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| r | + | Re/Max, 113 Tindall Road, Middletown, NJ 07748-2321 |
| 518736782 | + | HH Gregg, 3371 Us Highway 1 Spc 34, Lawrence Township, NJ 08648-1301 |
| 518736784 | + | Littman Jeweler/TD Retail Card Services, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 518736790 | + | Ocean County Superior Court, Special Civil Part, 118 Washington Street, Toms River, NJ 08753-7626 |
| 518736791 | + | Ocean County Superior Court, Special Civil Part - DC-009254-18, 118 Washington Street, Toms River, NJ 08753-7626 |
| 518804515 | + | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518736794 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518736793 | + | Quicken Loans, c/o Phelan Hallinan Diamond & Jones, PC, 1617 JFK Blvd., Ste. 1400, Philadelphia, PA 19103-1814 |
| 518736795 | | Quicken Loans Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 518736796 | | Renaissance Imaging Medical Assoc., PO Box 190, Simi Valley, CA 93062-0190 |
| 518788387 | | Santander Bank NA, POB 847051, Boston, MA 02284-7051 |
| 518736800 | + | Sleepy's, 445 Atlantic City Blvd, Bayville, NJ 08721-1877 |
| 518736802 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518736808 | | Talbots, P.O. Box 740158, Cincinnati, OH 45274-0158 |
| 518736809 | + | Td Rcs/ Plcc Ii, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518736761 | | EDI: WFFC | Jan 08 2025 01:38:00 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518736760 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 07 2025 20:47:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 166469, Irving, TX 75016 |
| 518743121 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 07 2025 20:47:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 518747757 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 07 2025 20:47:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518781150 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2025 21:09:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518736763 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2025 21:09:37 | Amex, Attn: Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |

| 518736762 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2025 20:58:10 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
|---|---|---|---|---|
| 518736765 | + | EDI: CITICORP | Jan 08 2025 01:32:00 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518736764 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2025 21:30:58 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518736766 | | Email/Text: bankruptcydepartment@tsico.com | Jan 07 2025 20:47:00 | Amex/Dsnb, c/o Altran Financial LP, Po Box 4043, Concord, CA 94524-4043 |
| 519300912 | | Email/Text: notices@bkservicing.com | Jan 07 2025 20:46:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518736767 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2025 20:47:00 | Barclays Bank Delaware/Midland Funding, c/o Leonard H. Franco, Jr., 1037 Raymond Blvd, Ste. 710, Newark, NJ 07102-5423 |
| 518736768 | | EDI: CITICORP | Jan 08 2025 01:32:00 | Best Buy Credit Services, PO Box 78009, Phoenix, AZ 85062-8009 |
| 518736769 | + | EDI: CITICORP | Jan 08 2025 01:32:00 | Best Buy/Citibank North America, c/o Citibank Corp, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518736770 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2025 20:47:00 | Best Buy/Citibank North America, c/o Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518736771 | + | EDI: CAPITALONE.COM | Jan 08 2025 01:32:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518736772 | + | EDI: CAPITALONE.COM | Jan 08 2025 01:32:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518736775 | + | EDI: CITICORP | Jan 08 2025 01:32:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518736777 | | EDI: DISCOVER | Jan 08 2025 01:32:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518736778 | | EDI: DISCOVER | Jan 08 2025 01:32:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 518736779 | | EDI: CITICORP | Jan 08 2025 01:32:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 518736780 | | EDI: CITICORP | Jan 08 2025 01:32:00 | Dsnb Bloomingdales, Po Box 8218, Mason, OH 45040 |
| 518736776 | | EDI: DISCOVER | Jan 08 2025 01:32:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518749753 | | EDI: DISCOVER | Jan 08 2025 01:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518736781 | + | EDI: SYNC | Jan 08 2025 01:32:00 | HH Gregg, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 518736783 | | EDI: IRS.COM | Jan 08 2025 01:32:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518736773 | | EDI: JPMORGANCHASE | Jan 08 2025 01:32:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518736774 | | EDI: JPMORGANCHASE | Jan 08 2025 01:32:00 | Chase Card Services, P.o. Box 901003, Fort Worth, TX 76101 |
| 518736785 | | EDI: SYNC | Jan 08 2025 01:32:00 | Lowe's, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 518736786 | + | EDI: SYNC | Jan 08 2025 01:32:00 | Lowes, c/o Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Jan 07, 2025 | Form ID: 3180W | Total Noticed: 69

| | | | |
|---|---|---|---|
| 518736787 | + EDI: SYNC | Jan 08 2025 01:32:00 | Lowes, c/o Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 518736788 | + EDI: SYNC | Jan 08 2025 01:32:00 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 518736789 | + EDI: MERCEDES | Jan 08 2025 01:32:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy Dept, Po Box 685, Roanoke, TX 76262-0685 |
| 518736790 | + EDI: MERCEDES | Jan 08 2025 01:32:00 | Mercedes-Benz Financial Services, P.o. Box 961, Roanoke, TX 76262-0961 |
| 518812809 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2025 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518736799 | + Email/Text: DeftBkr@santander.us | Jan 07 2025 20:47:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 518736798 | + Email/Text: DeftBkr@santander.us | Jan 07 2025 20:47:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 518736797 | + Email/Text: DeftBkr@santander.us | Jan 07 2025 20:47:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518736801 | + EDI: SYNC | Jan 08 2025 01:32:00 | Sleepys/HH Gregg, c/o Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518742003 | + EDI: AISACG.COM | Jan 08 2025 01:38:00 | Synchrony Bank, AIS InfoSource, LP, POB 4457, Houston, TX 77210-4457 |
| 518829228 | + EDI: AISACG.COM | Jan 08 2025 01:38:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518736805 | + EDI: SYNC | Jan 08 2025 01:32:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518736803 | Email/Text: EBN@seliplaw.com | Jan 07 2025 20:46:00 | Synchrony Bank/Lowes, c/o Selip & Stylianou LLP, 10 Forest Avenue-Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 518736804 | + EDI: SYNC | Jan 08 2025 01:32:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518736810 | + EDI: TDBANKNORTH.COM | Jan 08 2025 01:38:00 | TD Retail Card Services, 1000 Mac Arthur Blvd, Mahwah, NJ 07430-2035 |
| 518736806 | + EDI: WFNNB.COM | Jan 08 2025 01:38:00 | Talbots, c/o Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518736807 | + EDI: WFNNB.COM | Jan 08 2025 01:38:00 | Talbots, c/o Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 518812458 | + EDI: AIS.COM | Jan 08 2025 01:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | * | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-3                          User: admin                                    Page 4 of 4
Date Rcvd: Jan 07, 2025                    Form ID: 3180W                            Total Noticed: 69

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Nicholas Malta courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4